1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    ROGELIO MAY RUIZ,                          No.  2:19-cv-00146-TLN-DMC

12                   Plaintiff,

13          v.                                   **ORDER**

14    VIJAY BODUKAM, et al.,

15                   Defendants.

16

17          Plaintiff Rogelio May Ruiz ("Plaintiff"), a state prisoner proceeding *pro se*, brings this

18    civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 16, 2019, the magistrate judge filed findings and recommendations which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (ECF No. 16.)  Neither

23    party has filed objections to the Findings and Recommendations.

24          Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v.*

25    *United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

26    reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

27    1983); *see also* 28 U.S.C. § 636(b)(1).

28    ///

                                                 1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 16, 2019 (ECF No. 16), are adopted in full;

2. Defendants' unopposed Motion to Dismiss (ECF No. 15) is GRANTED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED, with leave to amend; and

4. Plaintiff shall file a First Amended Complaint within 30 days of the date of this order.

IT IS SO ORDERED.


Dated: January 6, 2020


Troy L. Nunley
United States District Judge