UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIJAY BODUKMAN, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-00146-TLN-DMC<br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On August 18, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2020, are ADOPTED IN FULL;

2. This action is DISMISSED in its entirety without further leave to amend and with prejudice; and

3. The Clerk of the Court is directed to enter judgment and close the case.

DATED: September 14, 2020

Troy L. Nunley
United States District Judge

2