IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>      Plaintiff,<br><br>      v.<br><br>VIJAY BODUKAM, et al.,<br><br>      Defendants. | No. 2:19-CV-0146-TLN-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment has been entered and Plaintiff did not appeal. Pending before the Court in this closed case is Plaintiff's third post-judgment motion, ECF No. 32, for the appointment of counsel. Because this matter is closed, Plaintiff's motion is denied.

      IT IS SO ORDERED

Dated: August 18, 2021

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE

1