UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>VIJAY BODUKMAN, et al.,<br><br>    Defendants. | No. 2:19-cv-00146-TLN-DMC<br><br>**ORDER** |

    Plaintiff, a prisoner proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on September 15, 2020, and this action is closed. Pending before the Court is Plaintiff's motion (ECF No. 34) for reconsideration of the Court's September 15, 2020, final judgment and for appointment of counsel. This is the third motion for reconsideration and fourth motion for appointment of counsel filed by Plaintiff since the action was closed over a year ago.

    Having reviewed Plaintiff's motion, the Court finds no basis for reconsideration of the September 15, 2020, final judgment or the appointment of counsel in this closed case.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion (ECF No. 34) is DENIED.

///

///

1

Dated:  September 30, 2021

Troy L. Nunley
United States District Judge

2